RUCKER *et al.*, for use, etc. *v.* STARK, Solicitor-General, *et al.*

HAWKINS, Justice. The Commissioners of Roads and Revenues of Banks County, Georgia, brought their petition for rule against the solicitor-general, the clerk of the superior court, and an ex-sheriff of the county, to require them to pay over to the county treasurer certain funds alleged to be in their hands arising from fines, forfeitures, and condemnation proceedings, which it is alleged the county is entitled to recover. The original petition alleged that it was brought under Code § 24-206 et seq. In the briefs for the plaintiffs in error it is insisted that they have a right to proceed under the provisions of Code (Ann. Supp.) § 27-2922 et seq. The exception here is to a judgment sustaining a general demurrer to the petition. *Held:*

While Code § 24-211 provides that, in making distribution of money in a rule instituted under that Chapter, the court shall proceed upon equitable principles, and while Code (Ann. Supp.) § 27-2924 provides that a proceeding under that Chapter "shall be in the nature of an equitable proceeding and be governed by all established rules and maxims of equity," the petition in the instant case contains no allegations showing any right in the plaintiffs to any equitable relief, and prays for none, but merely seeks a judgment against the respondents requiring them to pay over to the county treasurer certain sums of money alleged to be in their hands to which the county is entitled. It is a statutory rule against the named officers, in which neither the pleadings nor the prayers call for equitable relief, and is not a case of which this court has jurisdiction. Accordingly, it is transferred to the Court of Appeals. *Elmore* v. *Southern Bank & Trust Co.*, 150 *Ga.* 811 (105 S. E. 474); *Alsabrook* v. *Prudential Insurance Co.*, 174 *Ga.* 637 (163 S. E. 706); *Atlanta Coach Co.* v. *Simmons*, 181 *Ga.* 67 (181 S. E. 762); *Robinson* v. *Lindsey*, 184 *Ga.* 684 (192 S. E. 910); *Regents of the University System of Georgia* v. *Carroll*, 203 *Ga.* 292 (46 S. E. 2d, 496); *Brantley Products Co.* v. *Hemphill*, 206 *Ga.* 854 (59 S. E. 2d, 367).

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18040. ARGUED JANUARY 12, 1953—DECIDED JANUARY 13, 1953.

*Brannon & Brannon, J. B. G. Logan* and *Abit Nix,* for plaintiffs in error.

*Allison & Pittard, E. C. Stark, Joseph D. Quillian, Wheeler, Robinson & Thurmond, Kimzey & Kimzey, Herbert B. Kimzey* and *J. N. Rainey,* contra.